# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **1:20-cv-01488-GPG**
(To be supplied by the court)

**BRIAN SCOTT WILSON Pro-se**, Plaintiff

v.

**Angels and Outlaws Bail-Bonds et, AL. Triston + Jod- Heather Bond Agent + Asian/Hispanic Male Bounty Hunter/White Male Bounty Hunter**, Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -5 2020

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

BRIAN SCOTT WILSON A0339976 2739 E. Las Vegas
(Name, prisoner identification number, and complete mailing address)

Colorado Springs Colorado 80906
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X  Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
X  Other: (Please explain) Waiting Sentencing July 7th 2020

B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Triston + Josh Angels And Outlaws Bail Bonds
(Name, job title, and complete mailing address)
Owner's Operator's 720 N. Main Suite #440
Pueblo Colorado 81003

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Bail Bonds Recovery / with Bounty Hunters

Defendant 1 is being sued in (his)/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: <u>Heather Bond Agent Angels And</u>
(Name, job title, and complete mailing address)
<u>Outlaws Bail Bonds 720 N Main Suite #440</u>
<u>Pueblo Colorado 81003</u>
At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:
<u>Assisting Bounty Hunters in</u>
<u>Recovery</u>

Defendant 2 is being sued in his/(her) ✓ individual and/or ✓ official capacity.

Defendant 3: <u>Bounty Hunters Asian/Hispanic Male and x2</u>
(Name, job title, and complete mailing address) <u>(white male)</u>
<u>Angels And Outlaws Bail Bonds 720 N Main</u>
<u>Suite #440 Pueblo Colorado 81003</u>
At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:
<u>Assisting Angels And Outlaws as</u>
<u>a Sub Contractor/Employee in Recovery</u>
<u>Bounty Hunter</u>

Defendant 3 is being sued in his/(her) ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Excessive Use of Major or Deadly force

Supporting facts: Was shot on February 19th 2020 in the face three times by Bounty Hunters and ~~forcefully~~ picked up off the ground then Slamed to the pavement and chocked out until unconscious by Bounty Hunters. Then Cell Phone/Cash and cashier's checks totaling $8500.00 Cashiers checks/Cell Phone valued at $1000.00 galaxy S-10 or other Boost mobile service, and $1700.00 cash was Robbed ~~from me~~ then found at the Angel's And outlaws Bail Bonds office was my cell phone only. My Cashier's checks $8500.00 was never returned Nor was ~~the~~ $1600.00 of $1700.00 returned only $112.00 of $1700.00 was placed on my Inmates trust 4 Fund Account. Period.

(Continued)

(Continued) Never Received Proper nor any Medical Treatment for Head trauma by Neither entity.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): TDCJ-ID Correctional officers.

Docket number and court: 5th circuit Eastern Dist Tyler Texas

Claims raised: Excessive use of force.

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Dismissed As Moot.

Reasons for dismissal, if dismissed: Unknown to moot.

Result on appeal, if appealed: Not Appealed

Disposition September 11th 2001

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*).

5

**G.  REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1. Would like to recieve my Life, Liberty and Justice for ALL restored as well as the following:
2. Compensatory Damages: $10,004,000.00 per Defendant
3. Punitive Damages: $1000.00 on date of incident per Defendant.
4. Monetary Damages/Lost wages etc: $40,000.00 per Defendant or Whatever the Honorable Judge of Said Court/or Jury Does enter as sufficient.

**H.  PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11:

_Brian Scott Wilson_
(Plaintiff's signature)

_June 2nd 2020_
(Date)

(Form Revised December 2017)